IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM J. BAISCH,** | : | Civil No. 1:18-cv-2402 |
| **Plaintiff,** | : | |
| v. | : | |
| **MARK SHELP, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

Before the court is a report and recommendation filed by Chief Magistrate Judge Schwab (Doc. 12) in which she recommends that the complaint be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim. Objections to the report and recommendation were due on June 24, 2019, but to date no objections have been filed.

In considering whether to adopt the report and recommendation, the court should "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the court is satisfied that the report and recommendation contains no clear error.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation is **ADOPTED**.

2) The complaint is **DIMISSED** with prejudice.[1]

3) The Clerk of Court is **DIRECTED** to close this file.

4) Any appeal taken from this order is deemed frivolous and not in good faith.

>   s/Sylvia H. Rambo
>   SYLVIA H. RAMBO
>   United States District Judge

Dated: July 16, 2019

---

[1] Plaintiff is not granted leave to file an amended complaint because he was granted leave to do so previously but failed to do the same. (*See* Doc. 10.)